UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Anne Michelle Putnam,

                                                    Case No. 25-mc-50999
                                                   Honorable Linda V. Parker

_____/

## OPINION & ORDER SUMMARILY DISMISSING MATTER

This miscellaneous action was opened by the Clerk's Office upon receipt of a 137-page handwritten document from Anne Michelle Putnam. (ECF No. 1.) In the filing, Putnam appears to be claiming a trespass to certain property by Catherine Linsford or Lunsford. However, because this Court lacks subject matter jurisdiction, it is dismissing the matter. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action if it determines at any time that subject-matter jurisdiction is lacking); *Apple v. Glenn*, 183 F.2d 477, 480 (6th Cir. 1999) (indicating that sua sponte dismissal is appropriate where the plaintiff's allegations are insufficient to invoke subject matter jurisdiction).

Federal courts are courts of limited jurisdiction, with "only the authority to decide cases that the Constitution and Congress have empowered them to resolve." *Ohio ex rel. Skaggs v. Brunner*, 549 F.3d 468, 474 (6th Cir. 2008). Generally, federal district court jurisdiction is limited to where a "federal question" is presented, or the parties are diverse and the amount in controversy exceeds $75,000. *See* 28 U.S.C. §§ 1331, 1132. Trespass is a state-law claim. The

address Putnam lists for the alleged trespasser is in Michigan, as is Putnam's address.   Therefore, diversity jurisdiction is lacking.

Therefore, this matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 6, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 6, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager